JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARTHUR R. V.,

              Plaintiff,

    vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

              Defendant.

CASE NO. CV 20-6869 AGR

JUDGMENT

IT IS HEREBY ADJUDGED  that the decision of the Commissioner is (1) affirmed for the period prior to September 2018 and (2) reversed and remanded for further proceedings consistent with the Memorandum Opinion and Order for the period beginning September 1, 2018.

DATED: March 28, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge